UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 92-317 |
| vs. | Order of Reassignment |
| KEVIN HIGHTOWER | |

It is on this 27TH day of March, 2008

O R D E R E D that the entitled action is reassigned from

JUDGE WILLIAM G. BASSLER TO JUDGE DENNIS M. CAVANAUGH

S/Garrett E. Brown, Jr.
GARRETT E. BROWN, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT